NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SISVEL INTERNATIONAL S.A.,**
*Appellant*

**v.**

**SIERRA WIRELESS, INC., TELIT CINTERION DEUTSCHLAND GMBH,**
*Appellees*

---

2022-1495

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01103.

---

**JUDGMENT**

---

ANDREW PETER DEMARCO, Devlin Law Firm, Wilmington, DE, for appellant.  Also represented by TIMOTHY DEVLIN, ROBERT J. GAJARSA.

KOURTNEY MUELLER MERRILL, Perkins Coie LLP, Denver, CO, argued for all appellees.  Appellee Sierra Wireless, Inc. also represented by AMANDA TESSAR.

GUY YONAY, Pearl Cohen Zedek Latzer Baratz LLP,

New York, NY, for appellee Telit Cinterion Deutschland GmbH. Also represented by KYLE AUTERI, I.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, MAYER and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 4, 2023    /s/ Peter R. Marksteiner
Date           Peter R. Marksteiner
               Clerk of Court